O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7302 AHM (JCGx) | Date | November 12, 2010 |
|---|---|---|---|
| Title | SUZANNE FORLENZA v. WELLS FARGO BANK CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On October 28, 2010, the Court ordered Plaintiff to show cause by November 11, 2010 why her complaint should not be dismissed by this Court for lack of subject matter jurisdiction. Plaintiff's subsequent filing, apparently in response to the Court's order, is unintelligible and fails to set forth a basis for subject matter jurisdiction.

Accordingly, the Court DISMISSES this action. Defendants' pending motion for more definite statement[1] is DISMISSED as moot.

**JS-6**

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |

---

[1] Docket No. 14.